JIM AMMERMAN v. STATE.

No. A-2932.   Opinion Filed September 3, 1918.

Rehearing Denied September 24, 1918.

(174 Pac. 1180.)

Appeal from County Court, Pawnee County;
George E. Merritt, Judge.

Jim Ammerman was convicted of selling intoxicating liquors, and appeals. Affirmed.

Redmond S. Cole, for plaintiff in error.

S. P. Freeling, Atty. Gen., for the State.

PER CURIAM. Jim Ammerman was convicted at the December, 1916, term of the county court of Pawnee county on a charge of selling intoxicating liquor, and his punishment fixed at a fine of $50 and imprisonment in the county jail for a period of 30 days. A careful examination of the record discloses no error sufficient to justify a reversal of the judgment. It is therefore affirmed.

---

In re JAMES HENDRIX.

No. A-3145.   Opinion Filed September 4, 1918.

(174 Pac. 1181.)

Application by James Hendrix for a writ of habeas corpus. Dismissed.

E. E. Glasco, J. B. Dudley, and W. C. Madison, for petitioner.

The Attorney General and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. This was an application in habeas corpus, brought by the petitioner, alleging that he is illegally restrained by Sam Morley, warden of the state penitentiary. The petitioner has filed a motion to dismiss, signed by himself, and subscribed and sworn to by himself. The motion to dismiss is sustained, and the cause is dismissed.